UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------X

ATLANTIC CHALLENGE FOUNDATION, INC., et ano,

                  Plaintiffs,

- against -

SPEARIN, PRESTON & BURROWS, et ano,

                  Defendants.

---------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 3 0 2005 ★
BROOKLYN OFFICE

ORDER OF DISMISSAL

CV 2004-5055 (DLI)(MDG)

The parties having filed a stipulation of settlement and advised Magistrate Judge Go's chambers that payment has been made, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party.

Dated: Brooklyn, New York
      June 23, 2005

                                    DORA L. IRIZARRY
                                    UNITED STATES DISTRICT JUDGE